IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| DONALD EVANS, | ) | CASE NO. 1:23-cv-02238-CAB |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| -vs- | ) | **STIPULATION OF DISMISSAL** |
| | ) | |
| FEDEX GROUND PACKAGE SYSTEM, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Donald Evans and Defendant FedEx Ground Package System, Inc. hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that the above-captioned action is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

/s/ David J. Kiefer
David J. Kiefer (Pro Hac Vice)
FedEx Ground Package System, Inc.
1000 FedEx Drive
Moon Township, PA 15108
Tel: (412) 859-4140
Email: david.kiefer@fedex.com

James P. Angelo (Pro Hac Vice)
FedEx Ground Package System, Inc.
1000 FedEx Drive
Moon Township, PA 15108
Tel: (412) 859-2073
Email: james.angelo@fedex.com

Gregory G. Guice (0076524)
Reminger Co.
200 Public Square, Suite 1200
Cleveland, OH 44114
Tel: (216) 430-2227
Email: guice@reminger.com

/s/ David W. Neel
David W. Neel (0033611)
David W. Neel, LLC
13800 Shaker Blvd., Suite 102
Cleveland, Ohio 44120
Telephone: (216) 522-0011
Telecopier: (844) 548-3570
dwneel@neellaw.com

*Attorney for Plaintiff Donald Evans*

Attorneys for Defendant,
FedEx Ground Package System, Inc.

## CERTIFICATE OF SERVICE

This is to certify that on June 11, 2024, a copy of the foregoing was filed electronically.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

                                      */s/ David W. Neel*
                                      David W. Neel (0033611)