So Ordered.

*s/ Christopher A. Boyko*
Senior United States District Judge

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| DONALD EVANS, | ) | CASE NO. 1:23-cv-02238-CAB |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| -vs- | ) | **STIPULATION OF DISMISSAL** |
| FEDEX GROUND PACKAGE SYSTEM, INC., | ) | |
| Defendant. | ) | |

Plaintiff Donald Evans and Defendant FedEx Ground Package System, Inc. hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that the above-captioned action is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

/s/ David J. Kiefer
David J. Kiefer (Pro Hac Vice)
FedEx Ground Package System, Inc.
1000 FedEx Drive
Moon Township, PA 15108
Tel: (412) 859-4140
Email: david.kiefer@fedex.com

James P. Angelo (Pro Hac Vice)
FedEx Ground Package System, Inc.
1000 FedEx Drive
Moon Township, PA 15108
Tel: (412) 859-2073
Email: james.angelo@fedex.com

Gregory G. Guice (0076524)
Reminger Co.
200 Public Square, Suite 1200
Cleveland, OH 44114
Tel: (216) 430-2227
Email: guice@reminger.com

/s/ David W. Neel
David W. Neel (0033611)
David W. Neel, LLC
13800 Shaker Blvd., Suite 102
Cleveland, Ohio 44120
Telephone: (216) 522-0011
Telecopier: (844) 548-3570
dwneel@neellaw.com

*Attorney for Plaintiff Donald Evans*